James E. Boyer and Daniel W. Boyer, Appellants, v. Ellenor East, Henry R. East, and Henry R. East as Executor of Henry East, Deceased, and as Trustee, and Robert Blair et al., Respondents.

Reported below, 25 App. Div. 625.
(Submitted January 30, 1899; decided February 3, 1899.)

Motion to prefer, under section 791 of the Code of Civil Procedure, an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 18, 1898, affirming a judgment in favor of the defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Hubbell & McGuire* for motion.

No one opposed.

Motion granted, and case given preference upon the next calendar of the court to be made April 17, 1899, under subdivision 10 of section 791 of the Code of Civil Procedure.

---

John Wells, Respondent, v. Rial Tolman, Appellant.

(Submitted January 30, 1899; decided February 3, 1899.)

Motion for reargument denied, with ten dollars costs. (See 156 N. Y. 636.)

---

The People of the State of New York ex rel. Frederick Strauss, Respondent, v. Louis Leubuscher et al., Appellants.

The People of the State of New York ex rel. Gordon MacDonald, Respondent, v. Same, Appellants.

(Submitted January 23, 1899; decided February 3, 1899.)

Motion for reargument denied, without costs. (See 157 N. Y. 720–722.)